# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:07CV90-1-V
# 5:03CR4-20-V

| | |
|---|---|
| PHILLIP TYRONE MORRISON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** comes before the Court on Petitioner's Motion to Amend (Doc. No. 26), filed June 9, 2010 and Petitioner's Motion to Stay (Doc. No. 27), filed August 2, 2010.

On August 3, 2007, Petitioner filed a Motion to Vacate, Set Aside, or Correct Sentence. On December 4, 2007, the Government filed a Motion for Summary Judgment and supporting memorandum. On January 8, 2007, after receiving an extension of time, Petitioner filed a response to the Government's Motion for Summary Judgment. This case is fully briefed. Petitioner now seeks permission to further argue his claims. A party is not allowed multiple opportunities to respond to motions. Petitioner provides no reason for allowing him an extra opportunity to argue his claims. Consequently, his motions are denied.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. Petitioner's Motion to Amend (Doc. No. 26) is **DENIED**; and

2. Petitioner's Motion to Stay (Doc. No. 27) is **DENIED**.

Signed: August 18, 2010

Richard L. Voorhees
United States District Judge