# United States District Court
## For The Western District of North Carolina
### Statesville Division

PHILLIP TYRONE MORRISON,

        Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                       5:07CV90-1-V

UNITED STATES OF AMERICA,

        Respondent.

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/17/10 Order.

                      Signed: September 17, 2010

                      Frank G. Johns, Clerk
                      United States District Court